In the United States District Court
For the District of Nebraska

| | |
|---|---|
| INTERNATIONAL HOUSE OF PANCAKES, INC. and IHOP PROPERTIES, INC., | Case No. 4:07-cv-3040 |
| Plaintiffs, | ORDER |
| v. | |
| BERNARDUS JOSEPHUS KRAMER, JR., a/k/a BEN J. KRAMER, JR., and 5326, INC. | |
| Defendants. | |

This matter comes before the Court on Plaintiffs' Motion to Withdraw Filing Nos. 10, 11 and 12. (Filing No. 13). The Court orders Filing Nos. 10, 11 and 12 to be withdrawn without prejudice to Plaintiffs' right to re-file the garnishments in the future. The Court further orders the Clerk to strike Filing Nos. 10, 11 and 12 without prejudice.

Dated this 1st day of May, 2007.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge