```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA

IHOP PROPERTIES, INC., and      )
INTERNATIONAL HOUSE OF          )
PANCAKES, INC.,                 )
                                )
            Plaintiffs,         )            4:07CV3040
                                )
      v.                        )
                                )
BERNARDUS JOSEPHUS KRAMER       )            ORDER
JR., a/k/a BEN J. KRAMER, JR.   )
and 5326, INC.,                 )
                                )
            Defendants.         )
```

IT IS ORDERED:

Defendants' motion, filing 26, for withdrawal of request for hearing on garnishment proceeding, is granted, and the motion for hearing (filing 23) is deemed withdrawn.

DATED this 23rd day of April, 2008.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge