IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| INTERNATIONAL HOUSE OF PANCAKES, INC., and IHOP PROPERTIES, INC.,<br><br>              Plaintiffs,<br><br>vs.<br><br>BERNARDUS JOSEPHUS KRAMER, JR. a/k/a BEN J. KRAMER, JR. and 5326, INC.,<br><br>              Defendants. | CASE NO. 4:07-CV-3040<br><br>ORDER TO DELIVER GARNISHMENT FUNDS |

     THIS MATTER comes before the Court upon Plaintiff's Motion to Deliver Garnishment Funds, filing no. 31. The Court, having been so advised, hereby finds that said monies received by the Court, from Garnishee Wells Fargo Bank, pursuant to this Court's previous Order of October 7, 2008, shall be forwarded to Plaintiff's Counsel, James A. Cada, at 1024 K Street, Lincoln, Nebraska 68508, so that said funds may be applied towards the judgment entered in this case.

     IT IS SO ORDERED.

     Dated this 11th day of December, 2008.

                                            BY THE COURT

                                            s/ *David L. Piester*
                                            David L. Piester
                                            United States Magistrate Judge

Prepared and Submitted by:

James A. Cada, #10553
1024 K Street
Lincoln, NE 68508
(402) 477-2233